07-210M

# Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| R 3163131 | Lawrence Hayes | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR  ☐ USC  ☒ State Code |
|---|---|---|
| 17 Mar 07 1600 | Title #11 / DE | |

Place of Offense: Base Exchange (Bldg #266) Dover AFB

Offense Description: DE Title #11 Section 840 : Shoplifting

## DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| Poole | Lelaine | B | |

| Street Address |
|---|
| [redacted] |

| City | State | Zip Code | Social Security No | Date of Birth |
|---|---|---|---|---|
| Dover | DE | 19904 | | 1964 |

| Drivers License No | D.L. State | | | |
|---|---|---|---|---|
| | DE | Hair Brn | Eyes Brn | Height 5'6" Weight 120 |

☒ Adult  ☐ Juvenile   Sex ☐ Male  ☒ Female

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →

| | $ | Forfeiture Amount |
| | + $25 | Processing Fee |
| | $ | Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: The Federal Building, US District Court, 844 Kiss St Wilmington DE 19801

Date: ____  Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Lelaine B. Poole

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 17 March, 20 07 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your Honor, on the date listed above, I, Michael C Lawrence, was performing my normal duties as Police 2 when I was dispatched to a report of a shoplifting at the Base Exchange (Bldg #266). Once I arrived on scene I made contact with the Store Loss Prevention Det Burgess. He explained the situation and I viewed the surveillance video. The surveillance video displayed Civ Poole placing 25% off stickers on 2 pairs of Blue Jeans and then purchasing them with the 75% off stickers on them. The merchandise was recovered back to Civ Poole and taken as evidence.

The foregoing statement is based upon
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 03/17/2007   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on _____    U.S. Magistrate Judge

CVR Scan 4/17/2007 13:42:00