IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. :   VIOLATION NOTICE NO. R 3163131

    07-210M

Lalaine Poole :

    Defendant. :

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Lalaine Poole_.

                                                              COLM F. CONNOLLY
                                                              United States Attorney

                          BY: _____
                                                     NICHOLAS D. CARTER, Captain, USAF
                                                     Special Assistant United States Attorney

DATE: November 14, 2007

IT IS SO ORDERED this _14th_ day of _November_ 2007.

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                                       _____
                                                       HONORABLE LEONARD P. STARK
                                                     United States Magistrate Judge